Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE: 6:11-MJ-0075-MJS |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |
| NASSER W. HAMIDY, ) | |
| Defendant. ) | Court: U.S. District Court - Yosemite |
| ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Nassar W. Hamidy, and his attorney of record, Brian Mullins, that the Bench Trial in the above-captioned matter currently scheduled for August 24, 2011 be vacated, and the matter be set for Plea and Sentence on August 24, 2011, at 10:00 a.m.

Dated: August 16, 2011          /s/ Susan St. Vincent
                                Susan St. Vincent
                                Acting Legal Officer for
                                National Park Service

Dated: August 16, 2011          /s/ Brian Mullins
                                Brian Mullins
                                Attorney for
                                Nassar W. Hamidy

1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for August 24, 2011, and for entry of plea and sentencing in August 24, 2011, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for August 24, 2011, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on August 24, 2011.

IT IS SO ORDERED.

Dated:   August 21, 2011              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE